## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lydia Rogers

                        Plaintiff,

v.                                           Case No.: 1:23−cv−02874
                                                   Honorable Martha M. Pacold

Celeston, Inc. d/b/a Assisting Hands Matteson, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant's unopposed motion for court approval of settlement agreement and dismissal with prejudice [28] is granted. Defendant Celeston, Inc. d/b/a Assisting Hands Matteson is dismissed with prejudice. All other outstanding motions are denied as moot. Each party will bear its own costs and fees. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.